UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERY SOOS, SR.,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVIANN L. MITCHELL, et al.,<br><br>    Defendants. | Case No. CV 09-4351-DDP (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.,

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Defendant Mitchell's Motion to Dismiss the First Amended Complaint without leave to amend for lack of subject matter jurisdiction based on the Rooker-Feldman doctrine and based on judicial immunity; (3) granting Defendant Woodard's Motion to Dismiss the First Amended Complaint without leave to amend for lack of subject matter jurisdiction based on the Rooker-Feldman doctrine; and (3) directing that judgment be entered dismissing the First Amended Complaint with prejudice. |

DATED: 10/7/10

*/s/ Dean D. Pregerson*
HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

*/s/*
HONORABLE OSWALD PARADA
United States Magistrate Judge