JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERY SOOS, SR., | Case No. CV 09-4351-DDP (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| DAVIANN L. MITCHELL, et al., | |
| Defendants | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

///
///
///

1     IT IS ADJUDGED that the First Amended Complaint is dismissed with
2 prejudice.

4 DATED: 10/7/10

*[signature]*

HONORABLE DEAN D. PREGERSON
United States District Judge

8 Prepared by:

*[signature]*

HONORABLE OSWALD PARADA
United States Magistrate Judge